# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3138

_____

DENNIS LONG,

Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

March 19, 2024

PER CURIAM.

DISMISSED.

RAY, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dennis Long, pro se, Petitioner.

Ashley Moody, Attorney General, and Sheron Wells, Assistant Attorney General, Tallahassee, for Respondent.